

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2021

No. 04-21-00203-CR

**EX PARTE** Armando **RAMOS**

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6442-W1
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

On August 24, 2021, we abated this cause to the trial court to conduct a hearing at which appellant, appellant's attorney, and State's counsel shall be present to determine: (1) whether appellant desires to prosecute his appeal; (2) whether appellant wishes to discharge his appointed attorney and proceed with his appeal pro se; (3) whether the waiver of assistance of counsel is made voluntarily, knowingly and intelligently; (4) whether appellant's decision to proceed pro se is in the best interest of appellant and of the State, and in the furtherance of the proper administration of justice; and (5) whether appellant is fully aware of the dangers and disadvantages of self-representation. We ordered the trial court to have a court reporter prepare a reporter's record of the hearing. We ordered the reporter's record, and a supplemental clerk's record containing the trial court's findings, to be filed with the Clerk of this Court no later than September 23, 2021.

On September 22, 2021, the trial court requested an extension of the deadline to November 1, 2021. On September 24, 2021, we granted the trial court's request.

On October 14, 2021, appellant filed a pro se motion entitled "Pre-emptive Objection to Trial Court's Second Request for Extension of Time to Hold Ordered Hearing." The motion requested this court "deny a second extension of time, if the trial court chooses to ask for more time *to hold the fact finding hearing*" (emphasis added).

On November 3, 2021, the trial court clerk filed a supplemental record containing a letter from the trial court dated November 1, 2021. The letter explains that the trial court originally held a hearing on October 26, 2021, but the trial court was unable to secure appellant's presence via zoom. The letter further recites the trial court held a second hearing on November 1, 2021, with all parties present. The trial court requests an extension until November 15, 2021 to allow for the reporter to transcribe and submit a record along with the court's findings.

Based on the trial court's representation, it appears the hearing has occurred. Therefore, appellant's motion is DENIED AS MOOT. We GRANT the trial court's request. We ORDER the reporter's record, and a supplemental clerk's record containing the trial court's findings, if applicable, to be filed with the Clerk of this Court **no later than November 15, 2021**. All appellate deadlines remain abated.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court